ZOLKIN TALERICO LLP
Derrick Talerico (State Bar No. 223763)
dtalerico@ztlegal.com
David B. Zolkin (State Bar No. 155410)
dzolkin@ztlegal.com
12121 Wilshire Blvd., Suite 1120
Los Angeles, CA 90025
Telephone: (424) 500-8551

Attorneys for Plaintiff Lance Miller, Trustee of the Coastal International, Inc., Creditors' Litigation Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>COASTAL INTERNATIONAL, INC.,<br>a Nevada corporation,<br><br>Debtor. | Case No. 19-31326-HLB<br><br>Chapter 11<br><br>Adv. No. 21-03053-HLB |
| LANCE MILLER, TRUSTEE OF THE COASTAL INTERNATIONAL, INC., CREDITORS' LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE GREEN, an individual, the GREEN FAMILY REVOCABLE TRUST DATED JUNE 29, 2004; COASTAL CONSTRUCTION SERVICES, LLC, a Nevada limited liability company, and DOES 1-10, inclusive,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GREEN FAMILY REVOCABLE TRUST DATED JUNE 29, 2004 [FRBP 7041; FRCP 41(a)(1)]** |

On September 15, 2021, Lance Miller (the "Plaintiff" or "Plan Agent"), in his capacity as Trustee of the Coastal International, Inc., Creditors' Litigation Trust established pursuant to the *Fourth Amended Chapter 11 Plan of Reorganization dated August 28, 2020* [Docket No. 488] of Coastal International, Inc., the debtor in the above-captioned chapter 11 bankruptcy case, and confirmed by order of the Bankruptcy Court entered January 19, 2021 [Docket No. 579], filed a complaint (the "Complaint") to avoid and recover transfers against, among other parties, the Green Family Revocable Trust Dated June 29, 2004 (the "2004 Green Trust") that commenced this adversary proceeding (the "Adversary Proceeding"). No response to the Complaint has been filed with the Court or served upon Plaintiff.

Plaintiff hereby requests the 2004 Green Trust be dismissed from the Adversary Proceding pursuant to Fed. Rule Bankr. Proc. 7041 and Fed. Rule Civ. Proc. 41(a)(1). "…Rule 41(a)(1) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or a motion for summary judgment." *Pedrina v. Han Kuk Chun*, 987 F.2d 608, 609 (9th Cir. 1993). This notice does not affect the other parties named in the Complaint.

DATED: October 14, 2021　　　　　　　　ZOLKIN TALERICO LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ Derrick Talerico
　　　　　　　　　　　　　　　　　　　　　　Derrick Talerico
　　　　　　　　　　　　　　　　　　　　　　David B. Zolkin
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Lance Miller, Trustee of the
　　　　　　　　　　　　　　　　　　　　Coastal International, Inc., Creditors' Litigation
　　　　　　　　　　　　　　　　　　　　Trust